**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 16-2294**
_____

STARSHA M. SEWELL, A Natural Person and Resident of
Maryland On Behalf of Herself and Her African American
Son's,

               Plaintiff – Appellant,

     v.

DEBORAH K. CHASANOW, A Natural Person, acting as a Federal
Judge In the United States of America,

               Defendant - Appellee.

_____

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   James K. Bredar, District Judge.
(1:16-cv-03256-JKB)

_____

Submitted:  March 3, 2017        Decided:  March 8, 2017

_____

Before DUNCAN, DIAZ, and THACKER, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Starsha M. Sewell, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Starsha M. Sewell appeals the district court's orders dismissing this civil action and denying her motions for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Sewell v. Chasanow</u>, No. 1:16-cv-03256-JKB (D. Md. Sept. 29, Oct. 7, Oct. 17 & Oct. 24, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>